UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                    **RE:    KEENAN TROY GARDNER**
                              **Docket Number:   1:01CR-05404-04**
                              **ORDER: TATTOO REMOVAL PROGRAM**

Your Honor:

This releasee is currently being supervised in the Central District of California. According to the assigned probation officer, the Court has partnered with the University of California at Irvine in a tattoo removal program. The probation officer believes the releasee would benefit from that program and is considered a motivated candidate for participation, which is voluntary.

Attached for the Court's consideration is a signature block and an Order Referring Offender for Consideration for Placement in the Tattoo Removal Program. This order is required for referral into the program. The assigned probation officer is requesting the Court approve participation in this program; this officer concurs.

Should Your Honor agree, please sign the Order and return to this office for prompt return to the Central District of California.

                                              Respectfully submitted,

                                              /s/ Hubert J. Alvarez

                                        **HUBERT J. ALVAREZ**
                             **Supervising United States Probation Officer**

Dated:        February 20, 2009
                Fresno, California
                HJA;mb

Attachment(s)

**RE:   KEENAN TROY GARDNER**
      **Docket Number:   1:01CR05404-01**
      <u>**ORDER: TATTOO REMOVAL PROGRAM**</u>

Order Referring Offender for Consideration of Placement in the Tattoo Removal Program

cc:   Stanley A. Boone
      Assistant United States Attorney

      Roger T. Nuttall
      Defense Counsel


*************************************************************

AGREE:   ___X_____          DISAGREE:   _____


IT IS SO ORDERED.

**Dated:   February 20, 2009**              _____/s/ Oliver W. Wanger_____
                                            UNITED STATES DISTRICT JUDGE